■ In the Matter of MALIK P., a Person Alleged to be a Juvenile Delinquent, Appellant. [16 NYS3d 729]—Order, Family Court, New York County (Susan R. Larabee, J.), entered on or about August 8, 2014, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts that, if committed by an adult, would constitute the crimes of petit larceny and criminal possession of stolen property in the fifth degree, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations, including its

evaluation of any inconsistencies in testimony. Concur—Mazzarelli, J.P., Sweeny, Renwick and Manzanet-Daniels, JJ.